David Zev Ribakoff
In Pro Per

2805 Club Drive
Los Angeles, CA 90064
310.994-1866 phone
310.943.2126 fax
dribakoff@lkplaw.com

```
         FILED ____  ____ LODGED
         ____ RECEIVED ____ COPY

              FEB 0 6 2009

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual,<br><br>  Plaintiffs,<br><br>v.<br><br>HEART TRONICS, INC., a Delaware Corporation f/k/a Signalife, Inc.; JOSEPH CYRIL MAJER, II, an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER; ALICIA DORA MAHER, an individual; POLLET, RICHARDSON & PATEL, a California Law Corporation; LUAN KINH PHAN, an individual; MARY CLAIRE PHAN, an individual; DAVID ZEV RIBAKOFF, an individual; JANE DOE RIBAKOFF, an individual; ABC DEFENDANTS 1-50<br><br>  Defendants. | No. CV-09-128-PHX-FJM<br>[Hon. Frederick J. Martone]<br><br>**DECLARATION OF DAVID RIBAKOFF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR ALTERNATIVELY, FOR TRANSFER TO THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA** |

1530325.1

## DECLARATION OF DAVID Z. RIBAKOFF

I, David Z. Ribakoff, declare as follows:

1. Except where stated otherwise, I have personal knowledge of the matters stated in this Declaration and, if called to court, will so testify under penalty of perjury.

2. I have been a resident of California for over 40 years.

3. I have never resided in Arizona nor owned any interest in any real property in Arizona.

4. I have never owned any interest in an Arizona business.

5. I do not conduct personal financial transactions in Arizona. I have never paid any income, franchise, business license, employment, or property taxes to the State of Arizona or any of its political subdivisions.

6. I have never before been a party in an Arizona lawsuit, nor have I ever appeared as an attorney in any Arizona court.

7. I have not individually entered into any contract in Arizona.

8. I have been in Arizona four times, two times for vacation, once to take a deposition of a third-party witness in Flagstaff, and once for an ABA-TIPS retreat. The last time I was in Arizona was approximately ten years ago.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

DATED this 6 day of February 2009

By _____
David Z. Ribakoff

COPY of the foregoing
mailed and emailed this 6 day of
January, 2009 to:

Peter Kristofer Strojnik, Esq.
The Law Firm of Peter K. Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
pksesq@aol.com

Joseph C. Maher, II
9025 Wilshire Blvd. 5th Floor
Beverly Hills, CA 90211

Heart Tronics, Inc.
C/O Its Registered Agent
Incorporating Services, LTD
3500 N Dupont Hwy
Dover, DE 19901

Mary Phan
5885 W. 74th Street
Los Angeles, CA 90045

Luan Phan
5885 W. 74th Street
Los Angeles, CA 90045

[signature]

3