Luan Kinh Phan
Mary Claire Phan
In Pro Per

5885 W. 74th Street
Los Angeles, CA 90045
310.216.6724 phone
310.943.2126 fax
lkplaw@yahoo.com
marycphan@yahoo.com

FILED ✓ / LODGED ___
RECEIVED ___ / COPY ___
FEB 0 9 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual,

Plaintiffs,

v.

HEART TRONICS, INC., a Delaware Corporation f/k/a Signalife, Inc.; JOSEPH CYRIL MAJER, II, an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER; ALICIA DORA MAHER, an individual; POLLET, RICHARDSON & PATEL, a California Law Corporation; LUAN KINH PHAN, an individual; MARY CLAIRE PHAN, an individual; DAVID ZEV RIBAKOFF, an individual; JANE DOE RIBAKOFF, an individual; ABC DEFENDANTS 1-50

Defendants.

No. CIV 2:09-CV-00128-FJM

**DECLARATIONS OF LUAN KINH PHAN AND MARY CLAIRE PHAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

1530325.1

# DECLARATION OF LUAN KINH PHAN

I, Luan Kinh Phan declare as follows:

1. Except where stated otherwise, I have personal knowledge of the matters stated in this Declaration and, if called to court, will so testify under penalty of perjury.

2. I have been a resident of California for over 30 years.

3. I have never owned any interest in any real property in Arizona.

4. I have never owned any interest in an Arizona business.

5. I do not conduct personal financial transactions in Arizona. I have never paid any income, franchise, business license, employment, or property taxes to the State of Arizona or any of its political subdivisions.

6. I have never before been a party in an Arizona lawsuit.

7. I have not individually entered into any contract in Arizona.

8. I have been in Arizona two times. One time was about 4 years ago for a business trip on behalf of my prior firm, Richardson Patel LLP, that lasted two days. Another time was at the end of 2008 when my wife and I took our kids to the Grand Canyon for two days. About 3 or 4 years ago, I was admitted pro hac vice in an Arizona action. I never physically went to Arizona as local counsel did so. That action had nothing to do with Plaintiff or his claims.

9. Plaintiffs Complaint alleges that they were wrongfully sued in a previous state

2

court action in California by Signalife, Inc., now known as Defendant Heart Tronics, Inc. ("the Prior California Action"). In that Prior California Action, Signalife sought a declaratory order stating that it did not send out a junk fax to Plaintiffs and was not liable to Plaintiffs. Signalife did so in response to demand letters it received from Plaintiffs threatening suit if Signalife did not pay off Plaintiffs. Signalife was originally represented by Richardson Patel LLP in that Prior California Action, with me as one of the attorneys. On or about September 3, 2008, Richardson & Patel LLP was substituted out as counsel for Signalife and replaced by defendant Joseph Maher. After Richardson & Patel was no longer counsel, the California court apparently dismissed the Prior California Action.

10. Defendant Mary Claire Phan ("Mrs. Phan") is my wife. My wife is a full-time homemaker. She has been a homemaker to our 4 children for over 13 years. She is not a lawyer. She had absolutely nothing to do with the Prior California Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

DATED this 6th day of February 2009

By _____
Luan K. Phan

3

# DECLARATION OF MARY CLAIRE PHAN

I, Mary Claire Phan declare as follows:

1. Except where stated otherwise, I have personal knowledge of the matters stated in this Declaration and, if called to court, will so testify under penalty of perjury.

2. I have been a resident of California for nearly 30 years.

3. I have never owned any interest in any real property in Arizona.

4. I have never owned any interest in an Arizona business.

5. I do not conduct personal financial transactions in Arizona. I have never paid any income, franchise, business license, employment, or property taxes to the State of Arizona or any of its political subdivisions.

6. I have never before been a party in an Arizona lawsuit.

7. I have not individually entered into any contract in Arizona.

8. I have been in Arizona one time. At the end of 2008, my husband, Luan Phan, and I took our kids to the Grand Canyon for two days.

9. I am a full-time homemaker and have been a homemaker to our 4 children for over 13 years.

10. I am not a lawyer.

11. I had absolutely nothing to do with the Prior California Action of which Plaintiffs complain about.

12. I had never before even heard of Peter Strojnik when I received his Complaint in the mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

DATED this 6th day of February 2009

By _____
Mary Claire Phan

COPY of the foregoing
mailed and emailed this 6th day of
February, 2009 to:

Peter Kristofer Strojnik, Esq.
The Law Firm of Peter K. Strojnik
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
pksesq@aol.com

_____

5