Christopher G. Stuart  (AZ Bar No. 012378)
Attorney at Law
4310 North 75th Street
Scottsdale, Arizona 85251
Tel.: (480) 874-9898
Fax: (602) 990-7860
Email: christopher.stuart@azbar.org
Attorneys for Defendant Heart Tronics, Inc.,
a Delaware Corporation f/k/a Signalife, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA - PHOENIX

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual,<br><br>    Plaintiffs,<br><br>  vs.<br><br>HEART TRONICS, INC., a Delaware Corporation f/k/a Signalife, Inc.; JOSEPH CYRIL MAHER, II, an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER; ALICIA DORA MAHER, an individual; POLLET, RICHARDSON & PATEL, a California Law Corporation; LUAN KINH PHAN, an individual; MARY CLAIRE PHAN, an individual; DAVID ZEV RIBAKOFF, an individual; JANE DOE RIBAKOFF, an individual; ABC DEFENDANTS 1-50,<br><br>    Defendants. | CASE NO.:     09-CV-128<br>[Hon. Frederick J. Martone]<br><br>**DEFENDANT HEART TRONICS INC.'S NOTICE OF JOINDER AND JOINDER IN DEFENDANTS LUAN KINH PHAN, MARY PHAN, DAVID ZEV RIBAKOFFAND JOSEPH C. MAHERS' MOTIONS TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES** |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** Defendant Heart Tronics, Inc., a Delaware Corporation f/k/a Signalife, Inc. will and hereby does join in the Motions to Dismiss filed by Defendants Luan Kinh Phan, Mary Phan, David Zev Ribakoff and Joseph C. Maher pursuant to Federal Rule of Civil Procedure 12(b)(2) for an order dismissing this Action on the ground that the Court lacks personal jurisdiction over them, and alternatively, for an order pursuant to 28 U.S.C. §1404(a) transferring this action to the Central District of California on the grounds that such a transfer would serve the convenience of parties and witnesses and the interests of justice and the jurisdictional requirements are met in the Central District.

This joinder is made in the above-captioned Court, located at Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Suite 130, SPC 1, Phoenix, AZ 85003-2 118.  This joinder is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, all papers on file in this action, any matter that may be judicially noticed, and any such other and further matters as this Court may consider.

DATED: February 12, 2009.                    Respectfully submitted,
                                             CHRISTOPHER G. STUART

                              BY: s/ Christopher G Stuart                 .
                                  Christopher G. Stuart  (AZ Bar No. 012378)
                                  Attorney at Law
                                  4310 North 75th Street
                                  Scottsdale, Arizona 85251
                                  Tel.: (480) 874-9898
                                  Fax: (602) 990-7860
                                  Email: christopher.stuart@azbar.org
                                  Attorneys for Defendant Heart Tronics, Inc.,
                                  a Delaware Corporation f/k/a Signalife, Inc.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## JOINDER

Defendant Heart Tronics, Inc. joins in the Motions to Dismiss filed by Defendants Luan Kinh Phan, Mary Phan, David Zev Ribakoff and Joseph C. Maher. As public records indicate, Heart Tronics is a Delaware Corporation with its headquarters in Los Angles, California.

## II.

## CONCLUSION

For the reasons set forth in the above-listed Defendants' Motions to Dismiss, Defendant Heart Tronics, Inc. requests the Court to enter its Order dismissing the Complaint or, in the alternative, to transfer the action to the Central District of California.

DATED: February 12, 2009.

                                        Respectfully submitted,
                                        CHRISTOPHER G. STUART

                                        BY: s/ Christopher G Stuart            .
                                        Christopher G. Stuart  (AZ Bar No. 012378)
                                        Attorney at Law
                                        4310 North 75th Street
                                        Scottsdale, Arizona 85251
                                        Tel.: (480) 874-9898
                                        Fax: (602) 990-7860
                                        Email: christopher.stuart@azbar.org
                                        Attorneys for Defendant Heart Tronics, Inc.,
                                        a Delaware Corporation f/k/a Signalife, Inc.

HEART TRONIC INC.'S NOTICE OF JOINDER AND JOINDER IN MOTIONS TO DISMISS

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of DEFENDANT HEART TRONICS INC.'S NOTICE OF JOINDER AND JOINDER IN DEFENDANTS LUAN KINH PHAN, MARY PHAN, DAVID ZEV RIBAKOFFAND JOSEPH C. MAHERS' MOTIONS TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES has been served this 12th day of February, 2009, via electronically or by other means on all counsel of record, as indicated below.

| | |
|---|---|
| Peter Kristofer Strojnik, Esq.<br>THE LAW FIRM OF PETER K. STROJNIK<br>3030 North Central Avenue<br>Suite 1401<br>Phoenix, Arizona 85012<br>Tel.: (602) 297-3019<br>Fax: (602) 264-1441<br>Email: pksesq@ao1.com<br>Attorney for Plaintiffs - By ECF. | Luan Kinh Phan<br>Mary Claire Phan<br>5885 West 74th Street<br>Los Angeles, CA 90045<br>Tel.:(310) 216-6724<br>Fax: (310) 943-2126<br>Defendants In Pro Se - By Mail. |
| David Z. Ribakoff<br>6080 Center Drive<br>Suite 610<br>Los Angeles, CA 90045<br>Tel.: (310) 242-5600<br>Fax: (310) 943-2126<br>Defendant In Pro Se - By ECF. | |

BY: s/ Christopher G Stuart .
Christopher G. Stuart  (AZ Bar No. 012378)
Attorney at Law
4310 North 75th Street
Scottsdale, Arizona 85251
Tel.: (480) 874-9898
Fax: (602) 990-7860
christopher.stuart@azbar.org
Attorneys for Defendant Heart Tronics, Inc.,
a Delaware Corporation f/k/a Signalife, Inc.