# EXHIBIT 4

# THE LAW FIRM OF
# **PETER STROJNIK**

# THE LAW FIRM OF
# **PETER STROJNIK**

July 17. 2008

David Ribakoff, Esq.
Richardson & Patel LLP
10900 Wilshire Blvd., Suite 500
Los Angeles, CA. 90024

*Via Facsimile: (310) 208-1154*

    Re:   Meet and Confer
              *Signalife v. Strojnik BC392638*

Dear Mr. Ribakoff:

As Judge Hess was speaking I heard the following quotes:

> "Why are we here?"

> "Rethink whether this case oughta go forward."

> "If you don't come up with anything, maybe you oughta dismiss this case."

> "I want work that is necessary, not unnecessary work."

> "I foresee a motion that would require Signalife to pay substantial attorney's fees."

While I can understand that you are simply "protecting your client", I ask you to dismiss this case now and forward a check to my office for the sum of $7,000.00, which represents half of my client's fees in this case. All of your research and discovery will result in the same that I told the judge today – I lived in California and not my father. My father's declaration is accurate.

The day that the first discovery is propounded to my office on this case, the above offer will be rescinded and Judge Hess's advice will be pursued. Please respond by Monday, July 21, 2008. Thank you.

		Very Truly Yours,

		/s/

		Peter K. Strojnik, Esq.