# EXHIBIT 5

LUAN K. PHAN (Bar No. 185985)
DAVID Z. RIBAKOFF (Bar No. 162925)
RICHARDSON & PATEL LLP
10900 Wilshire Blvd., Suite 500
Los Angeles, CA 90024
Tel: (310) 208-1182
Fax: (310) 208-1154

Attorneys for Plaintiff SIGNALIFE, INC.

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| SIGNALIFE, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. BC 392638<br><br>[Assigned for all purposes to the Honorable Robert L. Hess]<br><br>Complaint Filed: June 12, 2008<br><br>**PLAINTIFF SIGNALIFE, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT PETER STROJNIK** |

PROPOUNDING PARTY:   PLAINTIFF SIGNALIFE, INC.

RESPONDING PARTY:    DEFENDANT PETER STROJNIK

SET NO.:             ONE (1)

Pursuant to Code of Civil Procedure § 2031.030, Plaintiff SIGNALIFE, INC. request that Defendant PETER STROJNIK ("you" or "your"), respond and produce for inspection and copying documents and other tangible things listed below within thirty (30) days after service hereof at the offices of Richardson & Patel LLP, 10900 Wilshire Boulevard, Suite 500, Los Angeles, California 90024.

## DEFINITIONS AND INSTRUCTIONS

1. DOCUMENT or DOCUMENTS shall mean all things that come within the definition contained in Evidence Code section 250, including, without limitation, writings of any kind, however produced or reproduced and however transcribed; electronic recordings of any kind, including computer program files, computer discs, data files, source code, CD-ROM or electronic mail, including electronic mail transmitted over the Internet or via any on-line service provider; photographs and other visual or audio-visual recordings of any kind, including, still or motion pictures, microfilm, microfiche, videotapes, laser discs or digital video discs (DVDs); sound recordings of any kind, including voice mails, cassettes, micro cassettes, compact discs or digital audio recordings. Every original, draft, iteration or nonidentical copy is a separate DOCUMENT as that term is used herein.

2. If a request calls for the production of ANY DOCUMENT as to which you claim any privilege as a ground for withholding that DOCUMENT, you must set forth in your written response to this request, with respect to each such DOCUMENT, facts of sufficient specificity to permit the Court to make a full determination as to whether the claim of privilege is valid, including each fact or basis upon which the privilege is claimed. In particular, and without limiting the generality of the foregoing, you must set forth, at a minimum, with respect to each such DOCUMENT, the following:

   a. the author of the DOCUMENT;
   b. the address(es), if any, and the persons(s), if any, specified in the DOCUMENT to have received a copy thereof;
   c. ALL known recipients of the DOCUMENT;
   d. the title, if any, of the DOCUMENT;
   e. the type of DOCUMENT (by way of example only, and without limitation, minutes of the board of directors, letters, memorandum, etc.);
   f. the current location of the DOCUMENT, including the address and telephone number of such location;
   g. the IDENTITY of each person who participated in any way in the preparation of

|   |   |
|---|---|
| | the DOCUMENT; |
| h. | the date on which the DOCUMENT was prepared; |
| i. | the name, title, home and business address, and home and business telephone number of the current custodian of the DOCUMENT; |
| j. | the IDENTITY of ALL individuals to whom the substance of the DOCUMENT was transmitted or who saw the DOCUMENT, and under what circumstances. |
| k. | the specific privilege(s) which YOU claim and assert with respect to each DOCUMENT; and |
| l. | each fact or basis upon which the claim of privilege is made |

## REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1.:**

Copies of each DOCUMENT identified in response to the concurrently propounded Form Interrogatory No. 17.1(d).

**REQUEST FOR PRODUCTION NO. 2.:**

Copies of each DOCUMENT filed with the California Secretary of State registering you as the agent for service of process for any/all corporations.

**REQUEST FOR PRODUCTION NO. 3.:**

Copies of all correspondence sent by you to other companies located in California, similar to the correspondence you sent to Signalife, threatening litigation.

**REQUEST FOR PRODUCTION NO. 4.:**

Copies of all pro hac vice applications submitted by you in any/all California courts.

**REQUEST FOR PRODUCTION NO. 5.:**

Each DOCUMENT identified by you in response to the concurrently propounded Special Interrogatory No. 8.

**REQUEST FOR PRODUCTION NO. 6.:**

Each DOCUMENT identifying you as the agent for service of process for any/all corporations in California.

1 **REQUEST FOR PRODUCTION NO. 7.:**

2      Each DOCUMENT identifying you as the agent for service of process for any/all partnerships in California.

DATED: July 22, 2008                    RICHARDSON & PATEL LLP

                                        By: _____
                                            DAVID Z. RIBAKOFF
                                            Attorneys for Plaintiff SIGNALIFE, INC.