# EXHIBIT 6

1

Joseph C. Maher II, Esq. (CSBN 164117)
**LAW OFFICE OF JOSEPH C. MAHER**

2

9025 Wilshire Blvd., 5th Floor
Beverly Hills, California 90211

3

Tel.: (310) 204-1910
Fax: (310) 204-5083

4

5

Attorneys for Plaintiff
SIGNALIFE, INC.

6

7

8

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

9

10

SIGNALIFE, INC.,

CASE NO.  BC392638

11

Plaintiff,

Complaint Filed June 12, 2008
Assigned to Hon. Robert Hess
Department 24

12

vs.

13

PETER STROJNIK, P.C., an Arizona
Corporation; PETER STROJNIK, an Individual;
and DOES 1 through 100, inclusive,

**PLAINTIFF SIGNALIFE INC.'s NOTICE
OF DEPOSITION OF DEFENDANT
PETER STROJNIK AND REQUEST TO
PRODUCE DOCUMENTS AT
DEPOSITION**

14

15

16

Defendants.

17

DATE:        September 26, 2008
TIME:         10:00 a.m.
LOCATION:   3030 North Central Avenue
                   Suite 1401
                   Phoenix, AZ 85012

18

19

20

21

22

23

24

25

26

27

28

- 1 -

PLAINTIFF SIGNALIFE'S NOTICE OF DEPOSITION OF DEFENDANT STROJNIK AND REQUEST FOR DOCS

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       **PLEASE TAKE NOTICE** that Plaintiff SIGNALIFE, INC., will take the deposition of

3  Defendant PETER STROJNIK on September 26, 2008, at 10:00 a.m., at 3030 North Central

4  Avenue, Suite 1401, Phoenix, AZ 85012, or at such other place or time as determined by future

5  agreement of counsel for the taking of said designated person's or persons' depositions.   The

6  deposition will be taken pursuant to *Code of Civil Procedure*, Section 2025.210, *et seq.*, before any

7  certified shorthand reporter, or before any notary public, authorized to administer oaths in the State

8  of California who is present are the specified time and place, and shall continue from day to day,

9  except Saturdays, Sundays and Holidays, at the same time place until completed.

10      **PLEASE TAKE FURTHER NOTICE** that pursuant to *Code of Civil Procedure*, Section

11  2025.220(4), Plaintiff SIGNALIFE, INC.,, requests that Defendant PETER STROJNIK shall bring

12  and produce at the deposition, at the specified time and place set out above, the documents and other

13  tangible things identified in Exhibit "A" that are within his possession, custody and control or the

14  possession, custody and control of his attorneys or agents that came into their possession, custody

15  and control solely because of their relationship with deponent.  As used herein, the word document

16  refers to and includes every type of writing as that word is defined in California *Evidence Code*,

17  Section 250.

18      **PLEASE TAKE FURTHER NOTICE** that pursuant to *Code of Civil Procedure*, Section

19  2025.220(5) and 2025.620, the deposition testimony may be recorded by videotape and Plaintiff

20  SIGNALIFE, INC., reserves the right to use said videotape at the time of trial.

21       If an interpreter is required to translate testimony, notice of the same must be given within

22  five (5) days prior to the deposition date and the specific language and/or dialect designated.

23  DATED: September 9, 2008.                    LAW OFFICE OF JOSEPH C. MAHER

24

25                                              BY:_____

26                                                   JOSEPH C. MAHER II
                                                    Attorneys for Plaintiff
27

28

# EXHIBIT A

## DEFINITIONS

(a)    **ALL** - means "any and all" as necessary and as appropriate in order to bring within the scope of this Notice all subjects that might otherwise be beyond its scope.

(b)    **INCLUDING** and **INCLUDE(S)** - means "including without limitation" "including but not limited to" as necessary and as appropriate in order to bring within the scope of this Notice all subjects that might otherwise be beyond its scope.

(c)    The connectives "and," "or" and "and/or" shall be construed both disjunctively and conjunctively, as necessary and as appropriate in order to bring within the scope of this Notice all subjects that might otherwise be beyond its scope.

(d)    The singular shall include the plural, and the past tense shall include the present tense, and vice versa, and "each" and "any" shall be construed to include the singular and plural, as necessary and as appropriate in order to bring within the scope of this Notice all subjects that might otherwise be beyond its scope.

(e)    **REFER(S)(ED)** - means and **INCLUDES** constituting, embodying, describing, discussing, relating to, referring to, relating to the subject matter in the particular request for production of documents.

(f)    **YOU/YOUR/YOURS** - means and **INCLUDES** Defendants PETER STROJNIK, P.C., an Arizona Corporation and PETER STROJNIK, an Individual, and **YOUR** agents, employees, directors and officers, contractors and subcontractors, predecessors-in-interest, successors-in-interest, company(ies), parent company(ies), subsidiaries, divisions or affiliates, insurance companies, attorneys, accountants, investigators and anyone else acting on his behalf.

(g)    **PERSON(S)** - means and **INCLUDES** any natural person, firm, association, organization, partnership, business, trust, corporation or public entity.

(h)    **COMMUNICATION(S)** – means and **INCLUDES** any conversation (whether in person, telephonic, facsimile, electronic, digital or other means), meeting, discussion, letter, memorandum, electronic mail message, website posting, note, other transfer or transmittal of

1   information, whether written, oral and/or by other means and includes without limitation, and

2   **DOCUMENT** that refers, reflects and/or relates any such **COMMUNICATION**.

3       (i)    **WRITINGS** – means and **INCLUDES** the meaning defined in California Evidence

4   Code, Section 250 and includes originals and all copies, no matter how prepared, whether received

5   and/or sent, and all drafts prepared in connection with such **WRITINGS**: including but not limited

6   to: **ALL** tangible forms of communication and **ALL** written, handwritten, typed, printed, drawn,

7   photostated, photocopied, mechanically recorded, electronically recorded, photographic, graphic

8   statements, communications, or other matter, however maintained, produced, reproduced, published,

9   disseminated, whether sent or received or neither, including, without limitation, any writing,

10  communication, letter, telegram, memorandum, pleading, statement, book, report, study, analysis,

11  abstract, digest, record, manual, handbook, reference, appendix, handwritten note, working paper,

12  ledger/spread sheet, memos, memorandum, memorialization, summaries, exhibits, appendices, notes,

13  letters, diary, calendar, articles, commentaries, press releases, magazines, newspaper, journals,

14  periodical, pamphlet, notebooks, newsletter, booklet, note of interview or communication, contract,

15  agreement, representation, public filing, invoice,  bills, billing statements, licenses, negotiable and

16  security instruments, assignment, conveyance, title, stock, share certificates, financial report,

17  delivery receipt, shipping manifest, bill of lading, payment, spreadsheets, tabulation, data sheet, labs,

18  specifications, numerical compilations and other statistical calculations and papers, maps, chart,

19  form, graph, drawing, diagrams, sketches, photograph, radiographic study, charts, videotape, tape

20  recordings, movies, telegram, telex message, facsimile, notations and memoranda of or related to

21  telephone conversations or conferences, minutes and transcriptions of meetings, electronic mail

22  (email), website postings and every other means of recording upon any tangible thin, and form of

23  communicating or representation, including letters, words, pictures, sounds, or symbols, or

24  combinations of them, and objects and things.  **WRITINGS** also includes, any and **ALL** data and

25  databases, other data compilation and/or summary, computer-aided drafting (CAD) files and/or

26  drawings, CD-ROM, including software, filmware, source code, etc.  As to each disk, diskette, hard

27  drive, or other electronic or computer storage device produced in response to these requests, please

28  identify the word-processing program used to create the **WRITINGS** contained thereon.  A copy of

PLAINTIFF SIGNALIFE'S NOTICE OF DEPOSITION OF DEFENDANT STRODUK AND REQUEST FOR DOCS

1  a **WRITING** is considered a separate **WRITING** and must be produced if it differs in any way from

2  the original and includes **ALL** drafts and copies bearing notations, marks, or matter not found on the

3  original. Each and every draft, annotated version, or otherwise non-identical version, including final

4  versions, drafts, and mockups of a **WRITING** is a separate **WRITING** for purposes of this Notice.

5

6  ## DOCUMENTS TO BE PRODUCED

7      1.    ALL WRITINGS, INCLUDING COMMUNICATIONS, that REFER to ANY

8  lawsuit YOU in which you were a party litigant that was filed in the State of California, Federal or

9  State Court.

10     2.    ALL WRITINGS, INCLUDING COMMUNICATIONS, that REFER to ANY

11 lawsuit YOU in which you were an attorney for a party litigant that was filed in the State of

12 California, Federal or State Court.

13     3.    ALL WRITINGS, INCLUDING COMMUNICATIONS, that REFER to ANY client

14 of YOURS in which that client was a resident of the state of California, regardless whether such

15 client was a litigant or non-litigant.

16     4.    ALL WRITINGS, INCLUDING COMMUNICATIONS, that REFER to ANY travel

17 by YOU to the state of California from the year 2000 to present.

18     5.    ALL WRITINGS, INCLUDING COMMUNICATIONS, that REFER to ANY

19 inquiry from the general public from entire United States based upon YOUR website.

20     6.    ALL WRITINGS, INCLUDING COMMUNICATIONS, that REFER to ANY

21 inquiry from the general public from the State of California.

22     7.    ALL WRITINGS, INCLUDING COMMUNICATIONS, that REFER to the design

23 and maintenance of YOUR website.

24     8.    ALL WRITINGS, INCLUDING COMMUNICATIONS, that REFER to YOUR fax

25 machine that received the junk fax you claim was sent by Signalife.

26     9.    ALL WRITINGS, INCLUDING COMMUNICATIONS, that REFER to ANY joint

27 legal between YOU and YOUR son Peter K. Strojnik.

28