1
2
3
4

**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

5
6

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

7    IN THE UNITED STATES DISTRICT COURT

8    **DISTRICT OF ARIZONA**

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> HEART TRONICS, INC., a Delaware Corporation f/k/a Singalife, Inc.; JOSEPH C. MAHER, II, an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER; ALICIA DORA MAHER, an individual; POLLET RICHARDSON & PATEL, a California law corporation; LUAN KINH PHAN, an individual; MARY CLAIRE PHAN, an individual; DAVID ZEV RIBAKOFF, an individual; JANE DOE RIBAKOFF, an individual; ABC DEFENDANTS 1-50, <br><br> Defendants. | NO. 2:09-cv-128-PHX-FJM <br><br> **REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT POLLET RICHARDSON & PATEL** |

PLAINTIFF HEREBY REQUESTS the Clerk of the Court, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, to enter the Default of Defendant Pollet, Richardson & Patel, a California law corporation ("Defendant") in the above-captioned matter. Defendant was served with a copy of the Summons and Complaint in these proceedings on February 3, 2009 (Doc. 12). Defendant has failed to plead or otherwise defend within the 20-day period required by Rule 12(a)(1) of the

1  Federal Rules of Civil Procedure (Strojnik Declaration, ¶3, Exhibit 1). As of the date below written, it
2  has been 26 days since service of the Summons and Complaint without response (Strojnik Dec., ¶3).
3      PLAINTIFF FURTHER REQUESTS the Clerk enter the Default Judgment as to Defendant.
4  Plaintiff's claims a sum certain in the Complaint in the form of compensatory damages in the sum of
5  $22,000 (Strojnik Dec., ¶4) (*see also*, Doc. 1, Page 17, Lines 20-21). Plaintiff further claims a sum that
6  compensates Plaintiff for the reasonable costs and attorney's fees, which is a sum in the amount of
7  $5,425.00 and is shown to be certain by computation (Dec. Attorney's Fees, ¶5, Exhibit 2). Plaintiff
8  also claims the costs it incurred in prosecution Defendant for the sum of $310.85 (Statement of Costs).
9  Defendant has failed to plead or otherwise defend within the 20-day time period required by Rule
10 12(a)(1) of the Federal Rules of Civil Procedure.
11     The Proposed Clerk's Judgment as attached hereto as Exhibit 4.
12     WHEREFORE, Plaintiff respectfully requests entry of Default against Defendant Pollet,
13 Richardson & Patel, a California law Corporation, and Default Judgment against Defendant for the sum
14 of $27,735.85.

RESPECTFULLY SUBMITTED this 1st Day of March, 2009.

THE LAW FIRM OF PETER STROJNIK

By:_____
    Peter Kristofer Strojnik

1

2  Copy electronically served this
   1st Day of March, 2009 to:
3

4  Addison Adams, Esq.
   Richardson & Patel, LLP
5  10900 Wilshire Boulevard, Suite 500
   Los Angeles, California 90012
6  Via Email: aadams@richardsonpatel.com

7

8  David Ribakoff, Esq.
   Attorney Pro Per
   Via Email: davidribakoff@gmail.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25