**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> HEART TRONICS, INC., a Delaware Corporation f/k/a Singalife, Inc.; JOSEPH C. MAHER, II, an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER; ALICIA DORA MAHER, an individual; POLLET RICHARDSON & PATEL, a California law corporation; LUAN KINH PHAN, an individual; MARY CLAIRE PHAN, an individual; DAVID ZEV RIBAKOFF, an individual; JANE DOE RIBAKOFF, an individual; ABC DEFENDANTS 1-50, <br><br> Defendants. | NO. 2:09-cv-128-PHX-FJM <br><br> **DECLARATION OF ATTORNEY PETER STROJNIK IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT** |

I, PETER K. STROJNIK, do declare the following statements are true and correct under the penalty of perjury under the laws of the State of Arizona.

1. My name is Peter Kristofer Strojnik. I have personal knowledge of all statements made herein, and if called to testify as to the content of this Declaration, I would competently and truthfully affirm all statements made herein.

-1-

2. I am an attorney licensed to practice law in all federal and state courts in the States of Arizona and California. I am the attorney of record for all Plaintiffs in the above-captioned matter (the "Matter"). I make this Declaration in support of Plaintiff's Request for Entry of Default and Default Judgment against Defendant Pollet, Richardson & Patel, a California law Corporation.

3. On February 3, 2009, Defendant Pollet, Richardson & Patel, a California law Corporation ("Defendant") was served with a copy of the Summons and Complaint in the Matter (Doc. 12). Since Defendant was served with process, it has failed to plead or otherwise defend. As of the date below written, it has been 26 days since Defendant was served with process, which is untimely pursuant to the 20-day time period required by Rule 12(a)(1) of the Federal Rules of Civil Procedure.

4. Plaintiff claims a sum certain in compensatory damages for the sum of $22,000 (Doc. 1, Page 17, Lines 20-21). Plaintiff also pleads for reasonable costs and attorney's fees (Doc. 1, Page 18, Lines 1-2), which sum has been made certain by computation (*See* Statement of Costs and Declaration of Attorney's Fees, Exhibits 2 and 3, respectively, to Request for Default Judgment).

I DECLARE THE FOREGOING IS TRUE AND CORRECT UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF ARIZONA.

DATED this 1st Day of March, 2009.



_____
Peter Kristofer Strojnik

-3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

-3-