**THE LAW FIRM OF PETER STROJNIK**
Attorneys at Law
Suite 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> HEART TRONICS, INC., a Delaware Corporation f/k/a Singalife, Inc.; JOSEPH C. MAHER, II, an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER; ALICIA DORA MAHER, an individual; POLLET RICHARDSON & PATEL, a California law corporation; LUAN KINH PHAN, an individual; MARY CLAIRE PHAN, an individual; DAVID ZEV RIBAKOFF, an individual; JANE DOE RIBAKOFF, an individual; ABC DEFENDANTS 1-50, <br><br> Defendants. | NO. 2:09-cv-128-PHX-FJM <br><br> **DECLARATION OF ATTORNEY'S FEES** |

I, PETER K. STROJNIK, do declare the following statements are true and correct under the penalty of perjury under the laws of the State of Arizona.

1. My name is Peter Kristofer Strojnik. I have personal knowledge of all statements made herein, and if called to testify as to the content of this Declaration, I would competently and truthfully affirm all statements made herein.

-1-

2. I am an attorney licensed to practice law in all federal and state courts in the States of Arizona and California. I am the attorney of record for all Plaintiffs in the above-captioned matter (the "Matter").

3. I am familiar with the hourly rates charged by attorneys in Maricopa County, State of Arizona, for the type of controversy as existed amount the various parties in the Matter.

4. This Declaration is made in proof of attorney's fees expended by me in the Matter as those fees relate to Defendant Pollet Richardson & Patel. I charge the hourly fee of $350.00 for legal work performed on behalf of Plaintiff in the Matter. The hourly fee is reasonable in light of my experience, the prevailing attorney's fee in Maricopa County, and the complexity of the Matter.

5. In the Complaint, Plaintiff seeks reasonable costs and fees, including reasonable attorney's fees (Doc. 1, Page 18, Lines 1-2). I have spent exactly 15.5 hours in the representation of Plaintiff in the Matter as it relates to Defendant Pollet Richardson & Patel. Therefore, Plaintiff has incurred attorney's fees in the prosecution of this Defendant for the sum of $5,425.00 as itemized below:

| DATE | WORK PRODUCT | TIME |
|---|---|---|
| 12-5-08 | Review documentation produced by Client. Conference with Client. | 3.00 |
| 12-6-08 | Research abuse of process and conspiracy law. Research ***DELETED ATTORNEY CLIENT PRIVILEGE.*** | 5.00 |
| 12-8-08 | Preparation of draft Complaint. | 2.00 |
| 12-15-08 | Review and submission of Complaint. | 1.00 |
| 1-15-09 | Telephonic conference with Richardson counsel. Confirming email. | 0.60 |
| ~~2-6-09~~ | ~~Review and research Ribakoff's Motion to Dismiss.~~ | ~~2.50~~ |
| ~~2-9-09~~ | ~~Review Phan's Motion to Dismiss.~~ | ~~1.00~~ |
| ~~2-10-09~~ | ~~Preparation and submission of Proof of Service for Richardson.~~ | ~~0.30~~ |
| ~~2-12-09~~ | ~~Review Maher's Motion to Dismiss.~~ | ~~1.00~~ |
| ~~2-12-09~~ | ~~Review Heart Tronics' Joinder in Motion.~~ | ~~0.30~~ |
| 2-19-09 | Telephonic conference with Richardson counsel. | 0.30 |
| 2-19-09 | Confirming email to Richardson counsel. | 0.30 |
| 2-19-09 | Conference with Client. | 1.00 |

| | | |
|---|---|---|
| ~~2-24-09~~ | ~~Research, prepare and submission of Response to Motion to Dismiss.~~ | ~~4.00~~ |
| 3-1-09 | Research, prepare and submission of Request for Entry of Default and Default Judgment. | 2.00 |
| | **TOTAL ATTORNEY HOURS** | **15.5** |

6. The struck-through portions of the itemization above represent hours I spent in prosecution of the Matter against other Defendants in the Matter.

7. The above accounting accurately represents the necessity of legal work performed and the reasonableness of the fee as to each task undertaken and completed, and the reasonableness of the totality of the fees charged.

I DECLARE THE FOREGOING IS TRUE AND CORRECT UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF ARIZONA.

DATED this 1st Day of March, 2009.



_____
Peter Kristofer Strojnik