**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> HEART TRONICS, INC., a Delaware Corporation f/k/a Singalife, Inc.; JOSEPH C. MAHER, II, an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER; ALICIA DORA MAHER, an individual; POLLET RICHARDSON & PATEL, a California law corporation; LUAN KINH PHAN, an individual; MARY CLAIRE PHAN, an individual; DAVID ZEV RIBAKOFF, an individual; JANE DOE RIBAKOFF, an individual; ABC DEFENDANTS 1-50, <br><br> Defendants. | NO. 2:09-cv-128-PHX-FJM <br><br> **STATEMENT OF COSTS** |

Counsel for Plaintiff verifies under the penalty of perjury that the following costs were expended in the above matter in the prosecution of Defendant Pollet, Richardson & Patel:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12-15-08 | Maricopa County Complaint filing fee. (Ex. 1) | $301.00 |
| 1-29-09 | U.S. Certified Return Receipt mailing to Richardson. (Ex. 1) | $9.85 |

-1-

| | |
|---|---:|
| **TOTAL COSTS** | **$310.85** |

I DECLARE THE FOREGOING IS TRUE AND CORRECT UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF ARIZONA.

DATED this 1st Day of March, 2009.

_____
Peter Kristofer Strojnik