# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>HEART TRONICS, INC., a Delaware Corporation f/k/a Singalife, Inc.; JOSEPH C. MAHER, II, an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER; ALICIA DORA MAHER, an individual; POLLET RICHARDSON & PATEL, a California law corporation; LUAN KINH PHAN, an individual; MARY CLAIRE PHAN, an individual; DAVID ZEV RIBAKOFF, an individual; JANE DOE RIBAKOFF, an individual; ABC DEFENDANTS 1-50,<br><br>　　　　　　　　　　Defendants. | NO.  2:09-cv-128-PHX-FJM<br><br>**[PROPOSED] DEFAULT JUDGMENT BY CLERK**<br><br>**(Pollet, Richardson & Patel)** |

　　　THE CLERK FINDS:

1. Defendant Pollet, Richardson & Patel, a California law Corporation ("Defendant") was properly served with process.  Defendant has failed to plead or otherwise defend within the time period required by Rule 12(a)(1) of the Federal Rules of Civil Procedure.  Defendant is not a minor or an incompetent person.

2. Plaintiff submitted a Statement of Costs indicating cost expenditures in the amount of $310.85.

3. Plaintiff submitted a Declaration of Attorney's Fees seeking attorney's fees in the sum of $5,425.00.

4. Plaintiff demonstrated it claimed a sum certain for the sum of $22,000 in the Complaint in the above matter.

NOW, THEREFORE, the Clerk of the United States District Court for the District of Arizona enters judgment as follows:

1. Plaintiff has judgment against Defendant for the sum of $22,000.00.

2. Plaintiff has judgment against Defendant for costs in the amount of $_____ and attorney's fees in the amount of $_____.

3. The money judgment shall be subject to interest at the rate of _____% from the date of the Judgment until paid in full.

DATED this _____ Day of _____, 2009.

_____
Clerk of the U.S. District Court for the District of Arizona