1    Jay L. Ciulla, SB #017971
     **CIULLA TORRALBA, PLLC**
2    3030 N. Central Avenue, Suite 608
     Phoenix, Arizona 85012
3    Telephone: (602) 495-0053
     Facsimile: (602) 258-7199
4    Email: Jay@ctlawaz.com

5    *Attorneys for Defendant POLLET, RICHARDSON*
     *& PATEL, a California Law Corporation and*
6    *DAVID ZEV RIBAKOFF*

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF ARIZONA

10   PETER STROJNIK, P.C., an Arizona      ) No. 2:09-CV-00128-FJM
     Corporation; PETER STROJNIK, an       )
11   individual,                           ) [Hon. Frederick J. Martone]
                                           )
12              Plaintiffs,                )
                                           )
13      v.                                 ) **DECLARATION OF ADDISON**
                                           ) **ADAMS IN SUPPORT OF MOTION**
14   HEART TRONICS, INC., a Delaware       ) **TO DISMISS AND OPPOSITION TO**
     Corporation f/k/a Signalife, Inc.; JOSEPH ) **MOTION FOR ENTRY OF DEFAULT**
15   CYRIL MAJER, II, an individual d/b/a THE )
     LAW OFFICES OF JOSEPH C. MAHER;       )
16   ALICIA DORA MAHER, an individual;     )
     POLLET, RICHARDSON & PATEL, a         )
17   California Law Corporation; LUAN KINH  )
     PHAN, an individual; MARY CLAIRE      )
18   PHAN, an individual; DAVID ZEV        )
     RIBAKOFF, an individual; JANE DOE     )
19   RIBAKOFF, an individual; ABC          )
     DEFENDANTS 1-50                       )
20                                         )
                Defendants.                )
21   _____)

22

23

24

25      / / /

26

1530325.1

## DECLARATION OF ADDISON ADAMS

I, Addison Adams, declare as follows:

1.  Except where stated otherwise, I have personal knowledge of the matters stated in this Declaration and, if called to court, will so testify under penalty of perjury.

2.  I am a partner of Richardson & Patel LLP, a California limited liability partnership. I was employed by Pollet, Richardson & Patel, a California law corporation ("PRP"), beginning February, 2000. PRP ceased all operations as a law firm in January, 2003 and terminated all client representation. I was the person principally in charge of winding down PRP's affairs in early 2003, and I have continued to be the person principally in charge of any and all issues pertaining to PRP since that time. PRP and Richardson & Patel LLP are separate business entities. Since February, 2003, PRP has remained an active corporation solely for the purpose of collecting outstanding accounts receivable. Since February, 2003, Richardson & Patel LLP has been a law firm with an ongoing business providing legal representation to its clients.

3.  Attached as Exhibit A is a true and correct copy of the Summons I received on February 3, 2009 by certified mail.

4.  Attached as Exhibit B are true and correct copies of the emails sent and received between myself and Peter K. Strojnik regarding my efforts to meet and confer regarding the request for default and motions to dismiss PRP. The emails were sent by myself, or received by myself, on the dates and times indicated. Included with the emails attached as Exhibit B is a true and correct copy of the registration form filed with the Secretary of State of the State of California establishing Richardson & Patel LLP as a Registered Limited Liability Partnership in California which was filed on January 24, 2003.

2

5.      I have been aware of the filing of the Complaint since approximately December 22, 2008 and was aware of service of the Complaint on defendants Phan and Ribakoff.  In connection with such service, I had an email exchange with Peter K. Strojnik attempting to confirm the deadline for response under Arizona state law.  Mr. Strojnik refused to confirm the deadline for response as outlined in the emails attached hereto as <u>Exhibit C</u>.  The emails were sent by myself, or received by myself, on the dates and times indicated.

6.      To my knowledge, PRP has never had an office located in Arizona, has never had a continuing presence in Arizona, has never before been a party to a lawsuit within Arizona (other than the instant action), has not been licensed to practice law in Arizona, and has not conducted business within Arizona for any purpose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

DATED this 16th day of March 2009

By _____
        Addison Adams

RESPECTFULLY SUBMITTED March 16, 2009.

**CIULLA TORRALBA, PLLC**

By: /s/ Jay L. Ciulla _____
     Jay L. Ciulla
     **CIULLA TORRALBA, PLLC**
     3030 N. Central Avenue, Suite 608
     Phoenix, Arizona 85012
     Telephone: (602) 495-0053
     Facsimile: (602) 258-7199
     Email: Jay@ctlawaz.com
     *Attorneys for Defendant DAVID Z. RIBAKOFF and*
     *POLLET, RICHARDSON & PATEL*

3

**ORIGINAL** of the foregoing filed electronically via ECF
this same date with the Clerk of the United States District Court.

**COPIES** of the foregoing served electronically via ECF to:

Honorable Frederick J. Martone

PETER KRISTOFER STROJNIK, Esq
Attorney for Plaintiffs

CHRISTOPHER G. STUART
Attorney for Defendant Heart Tronics, f/k/a Signalife,
and Joseph C. Maher
**COPIES** of the foregoing served by U.S. Mail to:

LUAN KINH PHAN
MARY CLAIRE PHAN
5885 W. 74th Street
Los Angeles, CA 90045
Defendants Pro Se

By: /s/ Jay L. Ciulla

4