Exhibit A

1 | Peter Kristofer Strojnik, Esq.
2 | California State Bar No. 242728
  | Arizona State Bar No. 026082
3 | THE LAW FIRM OF PETER K. STROJNIK
  | 3030 North Central Avenue, Suite 1401
4 | Phoenix, Arizona 85012
  | Telephone: 602-297-3019
5 | Facsimile: 602-264-1441
  | Email: pksesq@aol.com
6 |
7 | Attorney for Plaintiffs

RECEIVED
FEB 03 2009

ORIGINAL

8

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9

### IN AND FOR THE COUNTY OF MARICOPA

CV2008-031720

10

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona | ) NO. |
| Corporation; PETER STROJNIK, an | ) |
| individual, | ) |
| | ) **SUMMONS** |
| | ) |
| | ) (POLLET, RICHARDSON & PATEL) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| HEART TRONICS, INC., a Delaware | ) |
| Corporation f/k/a Signalife, Inc.; JOSEPH | ) |
| CYRIL MAHER, II, an individual d/b/a | ) |
| THE LAW OFFICES OF JOSEPH C. | ) |
| MAHER; ALICIA DORA MAHER, an | ) |
| individual; POLLET, RICHARDSON & | ) |
| PATEL, a California Law Corporation; | ) |
| LUAN KINH PHAN, an individual; | ) |
| MARY CLAIRE PHAN, an individual; | ) |
| DAVID ZEV RIBAKOFF, an individual; | ) |
| JANE DOE RIBAKOFF, an individual; | ) |
| ABC DEFENDANTS 1-50, | ) |
| | ) |
| | ) |
| Defendants. | ) |

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at

602-257-4434
or
www.lawyerfindaz.org.

Sponsored by the
Maricopa County Bar Association

**TO:    POLLET, RICHARDSON & PATEL**
          C/o Its Registered Agent Erick Richardson
          10900 Wilshire Boulevard, Suite 500
          Los Angeles, California 90024

-1-

**YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and the Complaint upon you, exclusive of the day of service. If served out of the State of Arizona – whether by direct mail, by registered or certified mail, or by publication – you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive the day of service. When process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of process against it in this State, the insurer shall not be required to appear, answer or plead until the expiration of 40 days of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service by mail is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after the Affidavit of Compliance and return receipt of Officer's Return. **RCP 4.1 and 4.2; A.R.S. §§ 20-222, 28-502, 28-503.**

**YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint. YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of the Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or Response upon plaintiffs' attorney.**

A request for reasonable accommodations for persons with disabilities must be made to the division assigned to the case by the parties at least (3) three days before the scheduled court proceeding.

-2-

1

2     The name and address of the attorney for the plaintiffs is:

3

4               Peter Kristofer Strojnik, Esq.
              3030 North Central Avenue, Suite 1401

5               Phoenix, Arizona 85012-2712

6                                  DEC 1 5 2008

7    SIGNED AND SEALED this date:_____

8                       MICHAEL K. JEANES, CLERK

9

10                      By: Deputy Clerk

11

12                   A. JAMES
                  DEPUTY CLERK

13

14

15

16

17

18

19

20

21

22

23

24

25

−3−

Exhibit B

## Addison Adams

| | |
|---|---|
| **From:** | PksEsq@aol.com |
| **Sent:** | Sunday, March 01, 2009 5:20 PM |
| **To:** | Addison Adams |
| **Cc:** | davidribakoff@gmail.com |
| **Subject:** | Strojnik v. Pollet Richardson et al. |
| **Attachments:** | DefaultJudgmentPollet.pdf; Ex. 1 to Default.pdf; Ex. 2 to Default.pdf; Ex. 3 to DEFAULT.pdf; Ex. 4 to Default.pdf |

Mr. Adams:

Please see Doc. 18 attached.  Thank you.

Peter

---

**A Good Credit Score is 700 or Above. <u>See yours in just 2 easy steps!</u>**

1

## Addison Adams

| | |
|---|---|
| **From:** | Addison Adams |
| **Sent:** | Thursday, March 05, 2009 2:38 PM |
| **To:** | 'PksEsq@aol.com' |
| **Subject:** | Request for Default |

Peter,

I am in receipt of your motion for entry of default against Pollet, Richardson & Patel. I was surprised you filed this without any warning, particularly given our ongoing discussions by phone and email. I have been forced to spend time reviewing the basis for your request. It appears your request for default is not well-founded because you served defective process by mailing a state court summons for a federal matter. Please let me know whether you will voluntarily withdraw the request for default.

In addition, the Complaint names Pollet, Richardson & Patel as a defendant and claims it was the law firm that filed the complaint on behalf of SignaLife. That isn't the case, as you will see from a review of the actual complaint filed in that matter which identifies Richardson & Patel LLP. Please let me know if you will voluntarily dismiss Pollet, Richardson & Patel.

Best regards,

**Addison Adams**
Partner
**Richardson & Patel LLP**
Murdock Plaza
10900 Wilshire Boulevard, Suite 500
Los Angeles, California 90024

310.208.1182 x721 (Tel)
310.208.1154 (Fax)
aadams@richardsonpatel.com
www.richardsonpatel.com

This email, including any attachments, is confidential and privileged. If you are not an intended recipient, please delete the email and notify the sender. We are not tax advisors and any communications by us should not be construed as tax advice or used for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**Addison Adams**

| | |
|---|---|
| **From:** | PksEsq@aol.com |
| **Sent:** | Friday, March 06, 2009 8:12 AM |
| **To:** | Addison Adams |
| **Subject:** | Re: Request for Default |

Addison:

Thank you for your email.  As to your first point, you admit that you have been negotiating on behalf of Defendant Pollet. Assuming Pollet is the incorrect Defendant, the frank question is why did you negotiate on its behalf and fail to advise me of the mistake.  Furthermore, we do not have ongoing discussions.  You have made two offers on behalf of Pollet (both at $7,000).  I have made it clear both times this number is unacceptable.  Pollet has had notice of this lawsuit for two months.

Your second point is not taken well.  I direct you to Rule 4 et seq. of the Federal Rules of Civil Procedure and Arizona Rules of Civil Procedure.  See also, 28 U.S.C. 1441 et seq.

As to your final point regarding Richardson & Patel, LLP and Pollet, Richardson & Patel, ALC, I do not believe the incorrect company was sued.  First, the New York Secretary of State records Richardson & Patel, LLP as a foreign limited partnership registered in California.  A search of the California Secretary of State records reveals there is no Richardson & Patel, LLP registered to do business in the State of California.  In actuality, it is Pollet, Richardson & Patel, ALC.  It appears Richardson & Patel, LLP is a fictitious name.  Also, richardsonpatel.com is a domain name registered to Pollet, Richards & Patel, ALC.

Please correct me if the above assessment is incorrect. If I am wrong, please direct me to the corporate records, case law and/or Rules that support your point.  Thank you.

Peter

---

**A Good Credit Score is 700 or Above. <u>See yours in just 2 easy steps!</u>**

**Addison Adams**

| | |
|---|---|
| **From:** | Addison Adams |
| **Sent:** | Wednesday, March 11, 2009 11:23 AM |
| **To:** | 'PksEsq@aol.com' |
| **Subject:** | RE: Request for Default |

Peter,

The only settlement offers I communicated to you were for dismissal of the entire action, all claims, all defendants, not just for Pollet.  The purpose was to avoid spending time and legal fees defending this meritless claim, which we have now been forced to do in light of your premature request for entry of default.

Your legal research on service of process is deficient.  As I said in my last email, you cannot serve a State Court summons after the case has been removed.  You must serve a Federal summons.  See 28 USC 1448.  For further discussion, take a look at *Dean Marketing v. AOC International* (1985) 610 F.Supp. 149.

In addition, notwithstanding whatever information your online research has discovered, Richardson & Patel LLP is a separate entity from Pollet, Richardson & Patel ALC.  You named the wrong entity as a defendant.  LLP stands for limited liability partnership and RP was organized as an LLP under California law.  RP is not a corporation and is not a fictitious name for the Pollet corporation.  You chose not to believe the firm's name was contained on the underlying complaint, on emails and other court documents from this firm (including the ex parte application in the underlying matter), and on the website.  Instead, you have created an erroneous theory that Pollet, Richardson & Patel, a law corporation is actually the name of the firm even though everything you have been provided by the firm indicates otherwise.

This email is my last attempt to obtain your voluntary consent to dismiss all claims against Pollet, Richardson & Patel.  If you do not file that dismissal immediately, we will proceed with appropriate motions on behalf of PRP for dismissal and monetary sanctions.

Best regards,

**Addison Adams**
Partner
**Richardson & Patel LLP**
Murdock Plaza
10900 Wilshire Boulevard, Suite 500
Los Angeles, California 90024

310.208.1182 x721 (Tel)
310.208.1154 (Fax)
aadams@richardsonpatel.com
www.richardsonpatel.com

*This email, including any attachments, is confidential and privileged. If you are not an intended recipient, please delete the email and notify the sender. We are not tax advisors and any communications by us should not be construed as tax advice or used for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.*

1

**Addison Adams**

| | |
|---|---|
| **From:** | PksEsq@aol.com |
| **Sent:** | Wednesday, March 11, 2009 11:25 AM |
| **To:** | Addison Adams |
| **Subject:** | Re: Request for Default |

Please provide the corporate records.  The California Secretary of State has no record of Richardson & Patel, LLP.

---

*Remainder of Email Chain Redacted*

**Addison Adams**

| | |
|---|---|
| **From:** | Addison Adams |
| **Sent:** | Wednesday, March 11, 2009 11:35 AM |
| **To:** | 'PksEsq@aol.com' |
| **Subject:** | RE: Request for Default |

Peter,

Your research at the Secretary of State is deficient and I've told you the facts.  I won't be providing you any corporate records.

Addison

_____

*Remainder of Email Chain Redacted* .

**Addison Adams**

| | |
|---|---|
| **From:** | PksEsq@aol.com |
| **Sent:** | Wednesday, March 11, 2009 11:53 AM |
| **To:** | Addison Adams |
| **Subject:** | Re: Request for Default |

Addison:

I do not want your client to incur any unnecessary expense or fee. However, you are not helping this cause by refusing to provide proof other than self-serving statements. On the Pollet issue, my research (both online and telephonic) did not reveal any Richardson & Patel, LLP in California. Again, I request you provide some proof of its corporate existence. On the service issue, you have already admitted as your previous associate Geronimo Perez did that Pollet has had notice of this lawsuit since at least January 13, 2009, which is well prior to removal.

If you do not desire to provide me with the corporate proof, I would suggest you follow through. Alternatively, your client can make a realistic offer of settlement. Thank you.

Peter

*Remainder of Email Chain Redacted*

**Addison Adams**

| | |
|---|---|
| **From:** | Addison Adams |
| **Sent:** | Wednesday, March 11, 2009 5:49 PM |
| **To:** | 'PksEsq@aol.com' |
| **Subject:** | RE: Request for Default |
| **Attachments:** | 2553_001.pdf |

Peter,

Attached is a copy of a document confirming the existence of Richardson & Patel LLP in California. Let me know whether you will be filing a dismissal of Pollet, Richardson & Patel, ALC.

Addison

*Remainder of Email Chain Redacted*



# State of California

**SECRETARY OF STATE**

I, *Kevin Shelley*, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___/___ page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.

*IN WITNESS WHEREOF,* I execute this certificate and affix the Great Seal of the State of California this day of

FEB 0 1 2003



Secretary of State

Sec/State Form CE-107 (rev. 1/03)

OSP 03 74699



# State of California
# Kevin Shelley
## Secretary of State

File # 202003028001

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

JAN 2 4 2003

KEVIN SHELLEY
Secretary of State

This Space For Filing Use Only

## REGISTERED LIMITED LIABILITY PARTNERSHIP REGISTRATION

### A $70.00 filing fee must accompany this form.
### IMPORTANT – Read instructions before completing this form.

| | |
|---|---|
| 1. | Name of the registered limited liability partnership or foreign limited liability partnership:<br>(End the name with the word "Registered Limited Liability Partnership" or "Limited Liability Partnership" or one of the abbreviations "L.L.P.", "LLP", "R.L.L.P.", or "RLLP.")<br><br>Richardson & Patel, LLP |

| | | |
|---|---|---|
| 2. | [X] Domestic (California)     OR     [ ] Foreign (Not in California) | 3. Jurisdiction |

| | |
|---|---|
| 4. | Address of the principal office: |

| Address | City | State | Zip Code |
|---|---|---|---|
| 10900 Wilshire Blvd., Suite 500 | Los Angeles | CA | 90024-6525 |

| | |
|---|---|
| 5. | Name the agent for service of process in this state and check the appropriate provision below:<br>Addison Adams<br>_____ which is<br>[X] an individual residing in California.  Proceed to item 6.<br>[ ] a corporation which has filed a certificate pursuant to California Corporations Code Section 1505.  Proceed to item 7. |

| | |
|---|---|
| 6. | If an individual, California address of the agent for service of process:<br>Address  10900 Wilshire Blvd., Suite 500<br>City     Los Angeles                              State CA       Zip Code 90024-6525 |

| | |
|---|---|
| 7. | Indicate the business in which the limited liability partnership shall engage:  (check one)<br>[ ] Practice of Architecture           [ ] Practice of Public Accountancy<br>[X] Practice of Law                     [ ] Related:_____ |

| | |
|---|---|
| 8. | Indicate whether the limited liability partnership is complying with the alternative security provisions (California Corporations Code 16956[c]):   [ ] Yes. Attach Alternative Security Provision (LLP-3)        [X] No |

| | |
|---|---|
| 9. | Future Effective Date, if any        Month                     Day                          Year |

| | |
|---|---|
| 10. | Other matters to be included in this registration may be set forth on separate attached pages and are made a part of this registration.  Total number of pages attached, if any: |

| | |
|---|---|
| 11. | **Declaration:** By filing this Registered Limited Liability Partnership (LLP-1) with the Secretary of State, the partnership named above is registering as a domestic registered limited liability partnership or foreign limited liability partnership. **(DO NOT ALTER THIS STATEMENT)** Further, I declare that I am the person who executed this instrument, which execution is my act and deed. |

| *Nimish Patel* | Nimish Patel, Partner          1/23/03 |
|---|---|
| Signature of Authorized Partner/Person | Type or Print Name of Authorized Partner/Person          Date |

| | |
|---|---|
| 12. | **RETURN TO:** |

| NAME | Nimish Patel, Esq. |
|---|---|
| FIRM | Richardson & Patel, LLP |
| ADDRESS | 10900 Wilshire Blvd., Suite 500 |
| CITY/STATE | Los Angeles, CA 90024-6525 |
| ZIP CODE | (310) 208-1182 |

SEC/STATE (REV. 01/03)

FORM LLP-1
Approved by Secretary of State

**Addison Adams**

| | |
|---|---|
| **From:** | PksEsq@aol.com |
| **Sent:** | Thursday, March 12, 2009 11:36 AM |
| **To:** | Addison Adams |
| **Subject:** | Re: Request for Default |

That document is 6 years old and is not sufficient to demonstrate whether RP is currently registered.  Please treat this as a motion so both you and I do not have to incur unnecessary time and cost.  I will accept a Declaration from a partner stating as follows:

"Richardson & Patel, LLP is currently, and was during the events giving rise to the above action, a registered domestic California limited liability company."

Be advised that if you do provide this Declaration as requested, I still will have to reassess the parties, conference with my client, and research unity of control and alter ego theories as they relate to Pollet and RP.  If my research and conference reveal there is no valid alter ego or unity of control basis for amending the complaint to keep Pollet as a defendant and to add RP as a defendant, I will dismiss Pollet and add RP.  Please provide the declaration as soon as practicable.  Thank you for your attention to this matter.

Peter

.

---

*Remainder of Email Chain Redacted*

**Addison Adams**

| | |
|---|---|
| **From:** | Addison Adams |
| **Sent:** | Thursday, March 12, 2009 2:49 PM |
| **To:** | 'PksEsq@aol.com' |
| **Subject:** | RE: Request for Default |

Peter,

Your request for a declaration is rejected as unnecessary in light of the emails I've sent you and the evidence already provided.  In addition, your requested declaration could not be provided since Richardson & Patel LLP is not a limited liability company, but rather is and has been a limited liability partnership.  Accordingly, an appropriate motion to dismiss will be filed on behalf of PRP.

Addison

*Remainder of Email Chain Redacted*

**Addison Adams**

| | |
|---|---|
| **From:** | PksEsq@aol.com |
| **Sent:** | Thursday, March 12, 2009 2:53 PM |
| **To:** | Addison Adams |
| **Subject:** | Re: Request for Default |

Ok, that was a typographical error on my part.  With the evidence as it  now stands, I do not believe any motion will be successful unless you attach a Declaration stating what I asked.  Why not save both of us time and expense and provide the Declaration?

Peter K.

---

**A Good Credit Score is 700 or Above. <u>See yours in just 2 easy steps!</u>**

**Addison Adams**

| | |
|---|---|
| **From:** | Addison Adams |
| **Sent:** | Thursday, March 12, 2009 3:04 PM |
| **To:** | 'PksEsq@aol.com' |
| **Subject:** | RE: Request for Default |

Because you haven't agreed to a dismissal if I do.

Addison

*Remainder of Email Chain Redacted*

**Addison Adams**

| | |
|---|---|
| **From:** | PksEsq@aol.com |
| **Sent:** | Thursday, March 12, 2009 3:06 PM |
| **To:** | Addison Adams |
| **Subject:** | Re: Request for Default |

File your motion or provide the Declaration.  No response required if neither is forthcoming.

---

**A Good Credit Score is 700 or Above. <u>See yours in just 2 easy steps!</u>**

Exhibit C

**Addison Adams**

| | |
|---|---|
| **From:** | Addison Adams |
| **Sent:** | Friday, January 16, 2009 5:31 PM |
| **To:** | 'pksesq@aol.com' |
| **Cc:** | jcmlaw@sbcglobal.net; lphan@lkplaw.com |
| **Subject:** | RE: Strojnik v. HeartTronics; Richardson/Patel; Maher et al. |

Peter,

We looked at the docket and it says declarations of service were filed on January 8, which starts the 30 day time to respond.  Accordingly, it appears that the deadline to file a response to the summons and complaint for all defendants is thirty days thereafter (February 7, 2009).  Please confirm if that is your understanding as well.

Addison

*Remainder of Email Chain Redacted*

**Addison Adams**

| | |
|---|---|
| **From:** | Addison Adams |
| **Sent:** | Monday, January 19, 2009 12:09 PM |
| **To:** | 'pksesq@aol.com' |
| **Subject:** | RE: Strojnik v. HeartTronics; Richardson/Patel; Maher et al. |

Peter,

I haven't heard back from you regarding this email.  Please let me know if you disagree with this calculation.

Addison

*Remainder of Email Chain Redacted*

**Addison Adams**

| | |
|---|---|
| **From:** | PksEsq@aol.com |
| **Sent:** | Monday, January 19, 2009 12:12 PM |
| **To:** | Addison Adams |
| **Subject:** | Re: Strojnik v. HeartTronics; Richardson/Patel; Maher et al. |

Counsel:

Please review the Rules of Procedure.  Thank you.

Peter Kristofer Strojnik

---

**A Good Credit Score is 700 or Above. <u>See yours in just 2 easy steps!</u>**

1

**Addison Adams**

| | |
|---|---|
| **From:** | Addison Adams |
| **Sent:** | Monday, January 19, 2009 1:26 PM |
| **To:** | 'PksEsq@aol.com' |
| **Subject:** | RE: Strojnik v. HeartTronics; Richardson/Patel; Maher et al. |

Peter,

I will assume this means you agree with my calculation.

Addison

---

*Remainder of Email Chain Redacted*

**Addison Adams**

| | |
|---|---|
| **From:** | PksEsq@aol.com |
| **Sent:** | Monday, January 19, 2009 3:04 PM |
| **To:** | Addison Adams |
| **Cc:** | jcmlaw@sbcglobal.net; Strojnik@aol.com |
| **Subject:** | Re: Strojnik v. HeartTronics; Richardson/Patel; Maher et al. |

Counsel:

I am not sure how you can make such assumption based on my previous email.  With the utmost respect, please cease seeking legal advice from me.  There is a conflict.  May I again refer you to the Rules of Procedure or for you to seek out the advice of competent Arizona counsel.  Of course, if your clients are willing to tender the $22,000 in legal fees now, all of this will be moot.  Thank you and good day.

Peter Kristofer Strojnik

---

**A Good Credit Score is 700 or Above. <u>See yours in just 2 easy steps!</u>**

**Addison Adams**

| | |
|---|---|
| **From:** | Addison Adams |
| **Sent:** | Monday, January 19, 2009 3:30 PM |
| **To:** | 'PksEsq@aol.com' |
| **Cc:** | jcmlaw@sbcglobal.net |
| **Subject:** | RE: Strojnik v. HeartTronics; Richardson/Patel; Maher et al. |

Hi Peter,

This confirms you are refusing to confirm the service date, the filing date, or the response deadline.

Best regards,

Addison

*Remainder of Email Chain Redacted*

**Addison Adams**

| | |
|---|---|
| **From:** | PksEsq@aol.com |
| **Sent:** | Monday, January 19, 2009 3:43 PM |
| **To:** | Addison Adams |
| **Cc:** | jcmlaw@sbcglobal.net; Strojnik@aol.com |
| **Subject:** | Re: Strojnik v. HeartTronics; Richardson/Patel; Maher et al. |

No it does not.  You have access to the Rules of Procedure and online docket.  I can appreciate what you are doing, but your emails are becoming unusual.  May I again recommend seeking the advice of competent Arizona counsel.

Peter Kristofer Strojnik

**A Good Credit Score is 700 or Above. See yours in just 2 easy steps!**