1  Christopher G. Stuart  (AZ Bar No. 012378)
2  Attorney at Law
3  4310 North 75th Street
   Scottsdale, Arizona 85251
4  Tel.: (480) 874-9898
   Fax: (602) 990-7860
5  Email: christopher.stuart@azbar.org
6  Attorneys for Defendant Joseph C. Maher, II, an
   individual d/b/a The Law Offices of Joseph C. Maher
7

8              **UNITED STATES DISTRICT COURT**
9
               **DISTRICT OF ARIZONA - PHOENIX**
10

11 | PETER STROJNIK, P.C., an Arizona | CASE NO.:    09-CV-128 |
12 | Corporation; PETER STROJNIK, an | [Hon. Frederick J. Martone] |
   | individual, | |
13 | | |
14 |         Plaintiffs, | **DEFENDANT JOSEPH C. MAHER'S** |
15 |     vs. | **JOINDER IN DEFENDANT PHAN'S** |
   | | **REPLY IN SUPPORT OF MOTION** |
16 | HEART TRONICS, INC., a Delaware | **AND MOTION TO DISMISS FOR** |
17 | Corporation f/k/a Signalife, Inc.; | **LACK OF PERSONAL** |
   | JOSEPH CYRIL MAHER, II, an | **JURISDICTION, OR IN THE** |
18 | individual d/b/a THE LAW OFFICES | **ALTERNATIVE, TO TRANSFER THE** |
19 | OF JOSEPH C. MAHER; ALICIA | **ACTION TO THE CENTRAL** |
   | DORA MAHER, an individual; | **DISTRICT OF CALIFORNIA;** |
20 | POLLET, RICHARDSON & PATEL, a | **MEMORANDUM OF POINTS AND** |
21 | California Law Corporation; LUAN | **AUTHORITIES; DECLARATION OF** |
   | KINH PHAN, an individual; MARY | **JOSEPH C. MAHER** |
22 | CLAIRE PHAN, an individual; DAVID | |
23 | ZEV RIBAKOFF, an individual; JANE | **[F.R.C.P., 12(b)(2), 28 U.S.C. § 1404(a)]** |
   | DOE RIBAKOFF, an individual; ABC | |
24 | DEFENDANTS 1-50, | |
25 | | **Request for Oral Argument** |
   |         Defendants. | |
26

27

28

1    TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF ARIZONA AND ALL PARTIES AND THEIR

3    ATTORNEYS OF RECORD:

4        **PLEASE TAKE NOTICE THAT** Defendant JOSEPH CYRIL MAHER, II,

5    an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER will and hereby

6    does join Defendant Luan K. Phan's and Mary C. Phan's Reply in Support of Motion

7    to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) for an order

8    dismissing this Action on the ground that the Court lacks personal jurisdiction over

9    him, or alternatively, for an order pursuant to 28 U.S.C. § 1404(a) transferring this

10   action to the Central District of California on the grounds that such a transfer would

11   serve the convenience of parties and witnesses and the interests of justice and the

12   jurisdictional requirements are met in the Central District.

13       This Joinder is made in the above-captioned Court, located at Sandra Day

14   O'Connor U.S. Courthouse, 401 W. Washington Street, Suite 130, SPC 1, Phoenix,

15   AZ 85003-2 118. This Joinder is based on the attached Memorandum of Points and

16   Authorities, the Declaration of Joseph C. Maher, all papers on file in this action, any

17   matter that may be judicially noticed, and any such other and further matters as this

18   Court may consider.

19   DATED: March 16, 2009.        Respectfully submitted,

20                                CHRISTOPHER G. STUART

21                      BY: s/ Christopher G Stuart        .

22                        Christopher G. Stuart  (AZ Bar No. 012378)
                          Attorney at Law

23                        4310 North 75th Street

24                        Scottsdale, Arizona 85251
                          Tel.: (480) 874-9898

25                        Fax: (602) 990-7860

26                        Email: christopher.stuart@azbar.org
                          Attorneys for Defendant Joseph C. Maher, II,

27                        an individual d/b/a The Law Offices of

28                        Joseph C. Maher

- 2 -

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### JOINDER

Defendant Joseph Cyril Maher, II, an individual d/b/a The Law Offices Of Joseph C. Maher. joins in the Reply briefs filed by Defendants Luan Kinh Phan and Mary Phan in support of the Motions to Dismiss.

The additional information supplied here is that the Opposition brief filed by Plaintiff Strojnik incorrectly implied to this Court that Mr. Maher had deposed Plaintiff Strojnik in the underlying action which is incorrect.  What is correct is that a deposition notice was sent out, but an immediate phone call was made to the counsel for Plaintiff that the deposition was not going forward, and the deposition never went forward.

### II.

### CONCLUSION

Plaintiffs cannot meet their burden of proving any basis for personal jurisdiction over Mr. Maher in Arizona.  The Complaint should be dismissed, or alternatively, the action should be transferred to the Central District of California.

DATED: February 12, 2009.                Respectfully submitted,
                                          CHRISTOPHER G. STUART


                                     BY: s/ Christopher G Stuart                .
                                          Christopher G. Stuart  (AZ Bar No. 012378)
                                          Attorney at Law
                                          4310 North 75th Street
                                          Scottsdale, Arizona 85251
                                          Tel.: (480) 874-9898
                                          Fax: (602) 990-7860
                                          Email: christopher.stuart@azbar.org
                                          Attorneys for Defendant Joseph C. Maher, II,
                                          an individual d/b/a The Law Offices of
                                          Joseph C. Maher

1
2
## DECLARATION OF JOSEPH C. MAHER
3
I, JOSEPH C. MAHER, declare as follows:
4
     1.     Except where stated otherwise, I have personal knowledge of the matters
5
stated in this Declaration and, if called upon to do so, I could and would competently
6
testify to the following.
7
     2.     Plaintiff Strojnik incorrectly implied to this Court that I had deposed
8
Plaintiff Strojnik in the underlying action which is incorrect.  What is correct is that a
9
deposition notice was sent out, but an immediate phone call was made to the counsel
10
for Plaintiff that the deposition was not going forward, and the deposition never went
11
forward.
12
     I declare under penalty of perjury under the laws of the United States of
13
America that the foregoing statements are true and correct.
14
DATED: March 16, 2009.
15
16
                _____
17
                  Joseph C. Maher II, Declarant
18
19
20
21
22
23
24
25
26
27
28

------------------------------------------------------------------
JOINDER IN PHAN'S REPLY IN SUPPORT OF MOTION TO DISMISS

1

## CERTIFICATE OF SERVICE

2

The undersigned hereby certifies that a copy of DEFENDANT JOSEPH C.

3  MAHER'S NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF

   PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, TO TRANSFER THE

4  ACTION TO THE CENTRAL DISTRICT OF CALIFORNIA; MEMORANDUM

5  OF POINTS AND AUTHORITIES has been served this 12th day of February, 2009,

   via electronically or by other means on all counsel of record, as indicated below.

6

| | |
|---|---|
| 7 Peter Kristofer Strojnik, Esq.<br>THE LAW FIRM OF PETER K.<br>8 STROJNIK<br>3030 North Central Avenue<br>9 Suite 1401<br>Phoenix, Arizona 85012<br>10 Tel.: (602) 297-3019<br>11 Fax: (602) 264-1441<br>12 Email: pksesq@ao1.com<br>13 Attorney for Plaintiffs - By ECF. | Luan Kinh Phan<br>Mary Claire Phan<br>5885 West 74th Street<br>Los Angeles, CA 90045<br>Tel.:(310) 216-6724<br>Fax: (310) 943-2126<br>Defendants In Pro Se - By Mail. |
| 14 David Z. Ribakoff<br>15 6080 Center Drive<br>Suite 610<br>16 Los Angeles, CA 90045<br>17 Tel.: (310) 242-5600<br>Fax: (310) 943-2126<br>18 Defendant In Pro Se - By ECF. | |

19

20                    BY: s/ Christopher G Stuart                    .

21                         Christopher G. Stuart  (AZ Bar No. 012378)

22                         Attorney at Law

                          4310 North 75th Street

23                         Scottsdale, Arizona 85251

                          Tel.: (480) 874-9898

24                         Fax: (602) 990-7860

25                         christopher.stuart@azbar.org

                          Attorneys for Defendant Joseph C. Maher, II,

26                         an individual d/b/a The Law Offices of

27                         Joseph C. Maher

28

JOINDER IN PHAN'S REPLY IN SUPPORT OF MOTION TO DISMISS