**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HEART TRONICS, INC., a Delaware Corporation f/k/a Singalife, Inc.; JOSEPH C. MAHER, II, an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER; ALICIA DORA MAHER, an individual; POLLET RICHARDSON & PATEL, a California law corporation; LUAN KINH PHAN, an individual; MARY CLAIRE PHAN, an individual; DAVID ZEV RIBAKOFF, an individual; JANE DOE RIBAKOFF, an individual; ABC DEFENDANTS 1-50,<br><br>Defendants. | NO.  2:09-cv-128-PHX-FJM<br><br>**RULE 41(a) NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>**(Pollet Richardson & Patel, ALC)** |

NOTICE IS HEREBY GIVEN that in light of the content of Doc. 26, Plaintiff hereby voluntarily dismisses Defendant Pollet Richardson & Patel, ALC in the above action.  This dismissal shall be without prejudice.

-1-

1    RESPECTFULLY SUBMITTED this 26th Day of March, 2009.

2

3
                                            THE LAW FIRM OF PETER STROJNIK
4

5

6
                                         _____
7                                            Peter Kristofer Strojnik

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25