Jay L. Ciulla, SB #017971
**CIULLA TORRALBA, PLLC**
3030 N. Central Avenue, Suite 608
Phoenix, Arizona 85012
Telephone: (602) 495-0053
Facsimile: (602) 258-7199
Email: Jay@ctlawaz.com

*Attorneys for Defendant David Zev Ribakoff*

UNITED STATES DISTRICT COURT

for the

DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HEART TRONICS, INC., a Delaware Corporation f/k/a Singalife, Inc.; JOSEPH C. MAJER, II, an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER; RICHARDSON & PATEL, LLP a California limited liability partnership; LUAN KINH PHAN, an individual; DAVID ZEV RIBAKOFF, an individual; ABC DEFENDANTS 1-50<br><br>Defendants. | No. 2:09-CV-00128-FJM<br><br>[Hon. Frederick J. Martone]<br><br>**DEFENDANT DAVID Z. RIBAKOFF'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant DAVID ZEV RIBAKOFF, by and through undersigned counsel, moves to dismiss Plaintiff's First Amended Complaint, alternatively, for an order pursuant to 28 U.S.C. §1404(a) transferring this action to the Central District of California.

Defendant, DAVID ZEV RIBAKOFF, previously filed a Motion to Dismiss

Plaintiff's Complaint with a declaration and Notice of Joinder in Defendant LUAN KINH PHAN and MARY PHAN'S Reply to Plaintiff's Response to Defendants' Motions To Dismiss, alternatively, for an order pursuant to 28 U.S.C. §1404(a) transferring this action to the Central District of California with a Declaration. The issues raised by Plaintiff's First Amended Complaint are nearly identical to those previously briefed. Therefore, Defendant DAVID ZEV RIBAKOFF incorporates by reference the declarations, facts, law and argument of these previous filings as if set forth fully herein pursuant to LRCiv 7.1(d)(2).

RESPECTFULLY SUBMITTED April 8, 2009.

**CIULLA TORRALBA, PLLC**

By: /s/ Jay L. Ciulla
Jay L. Ciulla
**CIULLA TORRALBA, PLLC**
3030 N. Central Avenue, Suite 608
Phoenix, Arizona 85012
Telephone: (602) 495-0053
Facsimile: (602) 258-7199
Email: Jay@ctlawaz.com
*Attorneys for Defendant DAVID Z. RIBAKOFF*

**ORIGINAL** of the foregoing filed electronically via ECF
this same date with the Clerk of the United States District Court.

**COPIES** of the foregoing served electronically via ECF to:

PETER KRISTOFER STROJNIK, Esq
Attorney for Plaintiffs

1  CHRISTOPHER G. STUART
   Attorney for Defendant Heart Tronics, f/k/a Signalife,
2  and Joseph C. Maher

3  LUAN KINH PHAN
   Defendant Pro Se
4
   Honorable Frederick J. Martone
5
   By: /s/ Jay L. Ciulla
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CIULLA TORRALBA, PLLC