**THE LAW FIRM OF PETER STROJNIK**
ATTORNEYS AT LAW
SUITE 1401
3030 North Central Avenue
Phoenix, Arizona 85012
(602) 297-3019

Peter Kristofer Strojnik AZBN 026082 CABN 242728
pksesq@aol.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Corporation; PETER STROJNIK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HEART TRONICS, INC., a Delaware Corporation f/k/a Singalife, Inc.; JOSEPH C. MAHER, II, an individual d/b/a THE LAW OFFICES OF JOSEPH C. MAHER; RICHARDSON & PATEL, LLP, a California limited liability partnership; LUAN KINH PHAN, an individual; DAVID ZEV RIBAKOFF, an individual; ABC DEFENDANTS 1-50,<br><br>Defendants. | NO. 2:09-cv-128-PHX-FJM<br><br>**RESPONSE TO DEFENDANT RIBAKOFF'S MOTION TO DISMISS** |

Plaintiff hereby submits its Response to the Motion to Dismiss filed by Defendant Ribakoff. Plaintiff hereby incorporates by reference its arguments and statements of fact in Doc. 16 and Doc. 38 pursuant to Local Civil Rule 7.1(d)(2) as supportive of this Response.

-1-

1   RESPECTFULLY SUBMITTED this 13th Day of April, 2009.

2

3
                                          THE LAW FIRM OF PETER STROJNIK
4

5                                         /s/ Peter Strojnik

6                                         _____
7                                         Peter Kristofer Strojnik
                                          Attorney for Plaintiffs
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

-2-